UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:20-cv-07512 JFW (JPRx) |
| Plaintiff, | Judge: Hon. John F. Walter |
| v. | JUDGMENT IN INTERPLEADER |
| ARIANNA ANI ZADOURIAN, and MANUK AKOPYAN, | |
| Defendants. | |

And Related Cross-Actions

On February 11, 2021, Cross-Defendant (and real party-in-interest) M&A Lifestyle, Inc. and Cross-defendant Zadourian (collectively the "M&A Parties") filed a Motion for Summary Judgment. Dkt. No. 53. On March 9, 2021, the Court granted the M&A Parties' Motion, finding in pertinent part in its Statement of Decision that "Cross-Defendant M&A Lifestyle, Inc. has the right to the interpleaded funds, which consist primarily of its operating capital borrowed from the SBA pursuant to an SBA EIDL loan" and declining "to exercise supplemental jurisdiction over Akopyan's remaining state law claims alleged in his cross-complaint." Dkt. 67.

## ACCORDINGLY, IT IS ORDERED ADJUDGED AND DECREED:

1. On August 19, 2020, Plaintiff Wells Fargo Bank, N.A. filed a Complaint for Interpleader (Dkt. No. 1) seeking to deposit into the Registry of this Court Interpleader Funds in the sum of $126,396.74 (which may have increased and may continue to increase due to interest);

2. Pursuant to this Court's Order dated October 28, 2020, Well Fargo was directed to deduct $5,791.09 from the Interpleader Funds;

3. Having reduced the Interpleader funds by the forgoing $5,791.09, there remains on deposit in the Registry of this Court $120,605.65;

4. The Court determines that Cross-Defendant M&A Lifestyle, Inc. has sole rights to the remaining Interpleader Funds of $120,605.65;

5. The Clerk of Court shall remit a check in the amount of $120,605.65 within 10 days of the signed Judgment **PAYABLE TO**:

   **M&A Lifestyle, Inc.**

6. The clerk shall then mail the check payable to M&A Lifestyle, Inc. to the office of its counsel of record:

   **Scott Baker, Esq.**
   **Baker & Associates A.P.C.**
   **1875 Century Park East, Suite 1490**

  Los Angeles, California 90067

  7. The Court declines to exercise supplemental jurisdiction over Cross-Complainant Manuk Akopyan's remaining state law claims alleged in his cross-complaint, which are dismissed without prejudice.

**SO ORDERED**, this 15th day of March, 2021.

                _____
                Honorable John F. Walter
                United States District Court Judge

**CC: FISCAL**