1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:20-cv-07512 JFW (JPRx) |
| Plaintiff, | Judge: Hon. John F. Walter |
| v. | **AMENDED JUDGMENT** |
| ARIANNA ANI ZADOURIAN, and MANUK AKOPYAN, | |
| Defendants. | |
| _ _____ | |
| And Related Cross-Actions | |

On February 11, 2021, Cross-Defendant (and real party-in-interest) M&A Lifestyle, Inc. and Cross-defendant Zadourian (collectively the "M&A Parties") filed a Motion for Summary Judgment. (Dkt. 53) On March 9, 2021, the Court granted the M&A Parties' Motion, finding in pertinent part in its Statement of Decision that "Cross-Defendant M&A Lifestyle, Inc. has the right to the interpleaded funds, which consist primarily of its operating capital borrowed from the SBA pursuant to an SBA EIDL loan" and declining "to exercise supplemental jurisdiction over Akopyan's remaining state law claims alleged in his cross-complaint." (Dkt. 67)

1

**<u>ACCORDINGLY, IT IS ORDERED ADJUDGED AND DECREED:</u>**

1.    On August 19, 2020, Plaintiff Wells Fargo Bank, N.A. filed a Complaint for Interpleader (Dkt. 1) seeking to deposit into the Registry of this Court Interpleader Funds in the sum of $126,448.93;

2.    Pursuant to this Court's Order dated October 28, 2020, Wells Fargo was directed to deduct $5,791.09 from the Interpleaded Funds (Dkt. 18);

3.    There remains on deposit in the Registry of this Court $120,657.84;

4.    The Court determines that Cross-Defendant M&A Lifestyle, Inc. has sole rights to the remaining Interpleader Funds (Dkt. 67);

5.    The Clerk of Court shall remit a check payable to "M&A Lifestyle, Inc." in the amount of $120,657.84, plus any accrued interest, and have it delivered to counsel of record for M&A Lifestyle, Inc. as follows:

> Scott L. Baker, Esq.
> Baker & Associates A.P.C.
> 1875 Century Park East, Suite 1490
> Los Angeles, CA 90067

6.    The Court declines to exercise supplemental jurisdiction over Cross-Complainant Manuk Akopyan's remaining state law claims alleged in his cross-complaint, which are dismissed without prejudice.

**SO ORDERED**, this 30th day of March, 2021.

_____
Honorable John F. Walter
United States District Court Judge

**CC: FISCAL**